UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**MATTHEW BONACCORSO**,

        Plaintiff,

vs.

**COLLECTO, INC. d/b/a EOS CCA**,

        Defendant.

Civil Action No.: 6:17-cv-6617

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that, Plaintiff Matthew Bonaccorso, and Defendant Collecto, Inc. d/b/a EOS CCA, hereby stipulate and agree to dismiss the above captioned matter in its entirety with prejudice, each party to pay its own costs and attorneys' fees and waiving all rights of appeal.

Dated this 22nd day of January 2018.

| | |
|---|---|
| **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN** | **ALEXANDER J. DOUGLAS** |
| /s Joseph A. Hess | /s/ Alexander J. Douglas |
| Joseph A. Hess, Esq. | Alexander J. Douglas, Esq. |
| Attorneys for Defendant | Attorneys for the Plaintiff |
| 88 Pine Street, 21st Floor | 36 West Main St., Ste 500 |
| New York, NY 10005 | Rochester, NY 14614 |
| P: 212-376-6438 | P: 585-703-9783 |
| jahess@mdwcg.com | alex@lawroc.com |

SO ORDERED

ELIZABETH A. WOLFORD
United States District Judge

Date 1-22-18